IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CASE NO. 19-150-SAG |
| AHMAD KAZZELBACH, | * |
| Defendant. | * |

*******

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Honorable Court for an Order directing that the Complaint in the above-captioned case be **UNSEALED**.

In support of its motion, the United States submits that the Sealing Order issued on January 14, 2019, by United States Magistrate Judge Stephanie A. Gallagher applied "until such time as the Defendant is in custody." The Defendant was arrested on January 18, 2019, and is now in custody. Moreover, because the Defendant is now aware of the pending charges, there is no longer any need for the Complaint to remain under seal. It is also appropriate to unseal the Complaint in advance of the Defendant's initial appearance, which is scheduled for January 22, 2019.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:  */s/ Jeffrey J. Izant*
Jeffrey J. Izant
P. Michael Cunningham
Assistant United States Attorneys

ORDERED, as prayed, this 22ND day of January, 2019.

HONORABLE BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE